No. 627. ESTATE OF COLLINS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 2d. Certiorari denied. *Weston Vernon, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Melva M. Graney* for respondent.

No. 629. MART *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied. *Carlos W. Goltz* for petitioner.

No. 637. MERCANTILE-COMMERCE BANK & TRUST CO. ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 8th. Certiorari denied. *Abraham Lowenhaupt, Jacob Chasnoff* and *Henry C. Lowenhaupt. Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Harry Baum* for respondent.

No. 647. RUBINSTEIN *v.* UNITED STATES; and
No. 648. FOSTER *v.* UNITED STATES. C. C. A. 2d. Certiorari denied. *Edwin B. Wolchok* and *Lemuel B. Schofield* for petitioner in No. 647. *George Wolf* and *Thomas D. McBride* for petitioner in No. 648. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl, Irving S. Shapiro* and *Beatrice Rosenberg* for the United States.

No. 229, Misc. FOWLER *v.* HUNTER, WARDEN. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 326, Misc. O'LOUGHLIN *v.* PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMIS-